UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHERINE KLOTZ | CIVIL 13-7925(AET) |
| v. | |
| GC SERVICES, LP | ORDER FOR DISMISSAL Pursuant to F.R. Civ. P. 4(m) |

It appearing that the above captioned action has been pending for more than 120 days and that counsel has failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F.R. Civ.P. 4 (m) and good cause not having been shown as to why this action should not be dismissed,

It is on this 26TH day of June 2014,

O R D E R E D that the above captioned action be and is hereby dismissed, pursuant to F.R. Civ. P. 4 (m), without prejudice and without costs.

ANNE E. THOMPSON, U.S.D.J.